IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOWAN SHAWN MCCLURE,<br><br>Plaintiff,<br><br>v.<br><br>YOUTH AND FAMILY SERVICES OF SOLANO COUNTY, et al.,<br><br>Defendants. | No. C 14-5629 MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed April 24, 2015, the Court dismissed plaintiff's complaint for failure to state a federal claim, and afforded plaintiff the opportunity to file a First Amended Complaint no later than May 20, 2015. To date, plaintiff has not filed a First Amended Complaint.

Accordingly, for the reasons set forth in the Court's order filed April 24, 2015, the above-titled action is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2015

MAXINE M. CHESNEY
United States District Judge